IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

WILLIE MCGOWAN, PETITIONER

v. No. 2:06CV187-P-A

STATE OF MISSISSIPPI RESPONDENTS

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the state's motion [6] to dismiss is hereby **GRANTED**, and the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice as untimely filed under 28 U.S.C. § 2244(d). In light of this ruling, all other motions currently pending in this case are hereby **DISMISSED** as moot.

**SO ORDERED,** this the 3rd day of April, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE